

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00684-CR

Ricardo **YANES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Medina County, Texas
Trial Court No. 30085
Honorable Vivian Torres, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

SIGNED July 20, 2016.

_____
Patricia O. Alvarez, Justice